

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2025

No. 04-25-00656-CV

**IN RE** Nancy **ALANIS**

Original Proceeding[1]

### ORDER

Sitting:      Adrian A. Spears II, Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

Relator filed her petition for writ of mandamus on October 13, 2025. The petition failed to comply with the Texas Rules of Appellate Procedure. We ordered relator to file a compliant brief. Relator filed an amended petition for writ of mandamus on October 29, 2025. Having reviewed the petition, record, and applicable law, we have concluded that relator is not entitled to the relief sought. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 12, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2025-CI-15338, styled *Nancy Alanis vs. Nationstar Mortgage LLC, et al,*, pending in the 386th Judicial District Court, Bexar County, Texas, the Honorable Jacqueline Herr-Valdez presiding.